RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Philip Chavez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP CHAVEZ,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00088-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Philip Chavez, that the Revocation Hearing currently scheduled on Thursday, November 9, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned was recently appointed to this case and additional time is needed to conduct investigation.

　　　　2.　　Counsel for the government will also be out of the jurisdiction during the time of the scheduled hearing.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of November, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00088-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. |  |
| PHILIP CHAVEZ, |  |
| Defendant. |  |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 9, 2017 at 10:00 a.m., be vacated and continued to **Tuesday, December 12, 2017 at 10:30 a.m.**

DATED November 6, 2017.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE