RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Philip Bernardino Chavez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP BERNARDINO CHAVEZ,<br><br>Defendant. | Case No. 2:16-cr-00088-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Philip Bernardino Chavez, that the Revocation Hearing currently scheduled on April 20, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. In light of the current COVID-19 pandemic, the State of Nevada's resulting emergency declarations, widespread calls to take more aggressive social distancing measures, and this Court's stated goal to "striv[e] to eliminate in-person court appearances,"[1] the parties request this Court continue the supervised release revocation hearing to a later date.

2. Mr. Chavez is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 9th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Assistant United States Attorney |

---

[1] *See* District of Nevada Temporary General Order 2020-04, available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-04-re-Covid19.pdf.

|   |                                                                                      |
|---|--------------------------------------------------------------------------------------|
| 1 | **UNITED STATES DISTRICT COURT**                                                     |
| 2 | **DISTRICT OF NEVADA**                                                               |

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00088-JCM-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| PHILIP BERNARDINO CHAVEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 20, 2020 at 10:00 a.m., be vacated and continued to June 26, 2020 at the hour of 11:00 a.m.

DATED April 10, 2020.

_____
UNITED STATES DISTRICT JUDGE